**IN THE UNITED STATES DISTRICT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| LASHAWNDRA LITTREAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:13-cv-03165-AT-AJB |
| ) | |
| GC SERVICES, LP, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF SETTLEMENT**

Plaintiff, LASHAWNDRA LITTREAN ("Plaintiff"), through Hormozdi Law Firm, LLC, informs this Honorable Court that the Parties have reached a settlement in this case. Plaintiff anticipates dismissing this case, with prejudice, within 30 days.

RESPECTFULLY SUBMITTED,

By:/s/ Shireen Hormozdi
   Shireen Hormozdi
   Hormozdi Law Firm, LLC
   1770 Indian Trail Lilburn Road, Suite 175
   Norcross, GA 30093
   Tel: 678-395-7795
   Fax: 866-929-2434
   E-mail: shireen@hormozdilaw.com
   Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

On January 2, 2014, the documents above were delivered electronically through the Court's ECF/PACER electronic filing system, which will provide electronic notice to all counsel of record.

By:/s/ Shireen Hormozdi
   Shireen Hormozdi