IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LASHAWNDRA LITTREAN,      )<br>                             )<br>     Plaintiff,              )<br>                             )<br>v.                           )<br>                             )<br>GC SERVICES, LP,            )<br>                             )<br>     Defendant.             )<br>_____ )<br>_____  ) | Civil Action File No.<br>1:13-cv-03165-AT-AJB |

### **STIPULATION FOR DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, LASHAWNDRA LITTREAN, hereby voluntarily dismisses her claims with prejudice against Defendant, GC SERVICES, LP. Plaintiff, LAWSHAWNDRA LITTREAN, by counsel and Defendant, GC SERVICES, LP, by counsel hereby stipulate and agree that all of Plaintiff's claims against GC SERVICES, LP, shall be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

This 3rd day of January, 2014.

Respectfully submitted,

| HORMOZDI LAW FIRM, LLC | BEDARD LAW GROUP, P.C. |
|---|---|
| /s/ Shireen Hormozdi | /s/ Michael K. Chapman |
| Shireen Hormozdi | Michael K. Chapman |
| Georgia Bar No. | Georgia Bar No. 322145 |
| 1770 Indian Trail Lilburn Road | 2810 Peachtree Industrial Blvd. |
| Suite 175 | Suite D |
| Norcross, Georgia 30093 | Duluth, Georgia 30097 |
| Telephone: (678) 395-7795 | Telephone: (678) 253-1871 |

| | |
|---|---|
| Facsimile: (866) 929-2434 | Facsimile: (678) 253-1873 |
| shireen@hormozdilaw.com | mchapman@bedardlawgroup.com |
| *Counsel for Plaintiff,* | *Counsel for Defendant,* |
| *Lashawndra Littrean* | *Performant Recovery, Inc.* |

[Electronic signature affixed by Michael K. Chapman with the express permission of Shireen Hormozdi]